IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOMINIC JAMES FAJOHN, | ) |
|         Petitioner | ) |
| | ) |
| vs. | ) Civil Action No. 05-1581 |
| | ) Judge Donetta W. Ambrose/ |
| RICHARD GIGLIOTTI, | ) Magistrate Judge Amy Reynolds Hay |
|         Respondent | ) |

## ORDER

AND NOW, this 30th day of March, 2006, after the petitioner, Dominic James Fajohn, filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

    IT IS HEREBY ORDERED that the petition for Writ of Habeas Corpus is denied;

    IT IS FURTHER ORDERED that a certificate of appealability is denied;

    IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the petitioner desires to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.

                                            DONETTA W. AMBROSE
                                            Chief United States District Judge

cc: Honorable Amy Reynolds Hay
United States Magistrate Judge

Dominic James Fajohn
Butler County Prison
121 Vogeley Way
Butler, PA 16001

William Thomas Fullerton, Esquire
Office of the District Attorney
Butler County Courthouse
Main Street
P.O. Box 1208
Butler, PA 16003